## RAND, McNALLY & CO. v. KENTUCKY.

ERROR TO THE COURT OF APPEALS OF THE STATE OF KENTUCKY.

No. 136. Motion to dismiss or affirm submitted October 18, 1909.—Decided November 1, 1909.

A judgment of the state court affirmed without opinion on authority of previous decisions.
32 Ky. Law Rep. 1168, affirmed.

*Mr. Amos C. Miller* and *Mr. Wm. M. Beckner* for plaintiffs in error.

*Mr. Frederick S. Tyler* and *Mr. James C. Sims* for defendant in error.

*Per Curiam.* Judgment affirmed, with costs. *Chanute* v. *Trader,* 132 U. S. 210; *Wilson* v. *North Carolina,* 169 U. S. 586; *Central Land Co.* v. *Laidley,* 159 U. S. 103; *Bacon* v. *Texas,* 163 U. S. 207; *Eustis* v. *Bolles,* 150 U. S. 361; *White* v. *Leovy,* 134 U. S. 91; *Electric Co.* v. *Dow,* 166 U. S. 489; *Pierce* v. *Somerset Railway,* 171 U. S. 641; *Shepard* v. *Barron,* 194·U. S. 553; *Rand, McNally & Co.* v. *Commonwealth,* 106 S. W. Rep. 238; *S. C.,* 108 S. W. Rep. 892, 32 Ky. Law Rep. 441, 1168; *Commonwealth* v. *Ginn & Co.,* 111 Kentucky, 110.